UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**LINDA GRITT, et al.**

      Plaintiffs,

vs.                                              **Case No.: 8:07-CV-181-T-27EAJ**

**TARGET CORPORATION**,
a foreign corporation

      Defendant.
_____/

### **ORDER**

Before the court is the parties' **Agreed Motion for Entry of Stipulated Protective Order for Videotaping or Transcribing Neuropsychological Examination** of Plaintiff Linda Gritt (Dkt. 24). The parties have agreed to the terms of the protective order attached to the motion regarding certain limitations and conditions to be placed upon Plaintiff's neuropsychological exam.

Upon consideration, it is **ORDERED AND ADJUDGED** that the parties' **Agreed Motion for Entry of Stipulated Protective Order for Videotaping or Transcribing Neuropsychological Examination** (Dkt. 24) is **GRANTED**.  The court finds good cause for the issuance of this protective order based on the nature of the examination.  See Fed. R. Civ. P. 26(c).  Additionally, the provisions of the protective order, set forth within the parties' Stipulated Protective Order, are specifically incorporated by reference within this order, with the exception of paragraph 7. (Dkt 24 at 8)

Nothing in this order shall authorize any party to file under seal, absent further court order, any confidential discovery material with the Clerk of the Court or at trial as such filing are subject to great scrutiny due to the common law right to inspect and copy judicial records and public

documents.  See In re Alexander Grant & Co. Litigation, 820 F.2d 352, 355 (11th Cir. 1987), aff'g 629 F. Supp. 593 (S.D.Fla. 1986).  Further, the parties shall at all times be governed by Local Rule 1.09, M.D. Fla.

**DONE AND ORDERED** in Tampa, Florida this 10th day of March, 2008.

_____
ELIZABETH A JENKINS
United States Magistrate Judge